UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENYA FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-00588-JTN |
| | ) | |
| ALPHA RECOVERY CORPORATION, | ) | Honorable Judge Janet T. Neff |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, KENYA FOSTER ("Plaintiff"), informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

July 7, 2014        By: /s/ Michael S. Agruss\_\_\_\_\_
                          Michael S. Agruss
                          Agruss Law Firm, LLC
                          4619 N. Ravenswood Ave.
                          Suite 303A
                          Chicago, IL 60640
                          Tel: 312-224-4695
                          Fax: 312-253-4451
                          michael@agrusslawfirm.com
                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On July 7, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

By: /s/ Michael S. Agruss\_\_\_\_\_
     Michael S. Agruss