**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| KENYA FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-588 |
| ) | |
| ALPHA RECOVERY CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, KENYA FOSTER, through her attorneys, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ALPHA RECOVERY CORPORATION, both sides to bear their own fees and costs.

August 7, 2014            RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss_____
Michael S. Agruss
Agruss Law Firm, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On August 7, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of this filed document to defense counsel, Kevin Farrell, at farrell.lawoffice@gmail.com.

By: /s/ Michael S. Agruss_____
Michael S. Agruss